# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY GILLIHAN,<br>     Plaintiff | §<br>§<br>§ | |
| vs. | § | CA No. 3:19-cv-00829-B |
| | § | |
| BOSTON MARKET CORPORATION<br>and FOREST & MARSH LANES<br>SHOPPING CENTERS, LTD.,<br>     Defendants | §<br>§<br>§<br>§ | |

## NOTICE OF SETTLEMENT & UNOPPOSED MOTION TO STAY DEADLINE

COMES NOW, Defendant Forest & Marsh Lanes Shopping Centers, Ltd. ("Defendant") and notifies the Court that the parties have reached a settlement in this matter. The parties are in the process of finalizing the settlement documents and intend to file dismissal documents in the near future.

Additionally, the deadline for Defendant's response to Plaintiff's Complaint is today, May 24, 2019. In light of the settlement, Defendant respectfully requests that the Court stay the deadline for Defendant to file a response to Plaintiff's Complaint, pending the dismissal of the case.

Respectfully submitted**,**

  /s/ Francisco J. Valenzuela_____
**FRANCISCO J. VALENZUELA**
  State Bar No.24056464
  fvalenzuela@fhmbk.com
**LAURA O'LEARY**
  State Bar No. 24072262
  loleary@fhmbk.com

**FANNING HARPER MARTINSON**
**BRANDT & KUTCHIN, P.C.**

**Notice of Settlement & Unopposed Motion to Stay Deadline**
611639/29150

Two Energy Square
4849 Greenville Ave., Suite 1300
Dallas, Texas 75206
(214) 369-1300 (office)
(214) 987-9649 (telecopier)

**ATTORNEYS FOR DEFENDANT**
**FOREST & MARSH LANES SHOPPING**
**CENTERS, LTD.**

### CERTIFICATE OF CONFERENCE

I have conferred with counsel for Plaintiff and for co-Defendant Boston Market with regard to the Motion portion of this filing. They are both unopposed to the relief sought.

  /s/ Francisco J. Valenzuela
**FRANCISCO J. VALENZUELA**

### CERTIFICATE OF SERVICE

This is to certify that on the 24th day of May, 2019, I electronically filed the foregoing document with the clerk of the Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court, and that it reported that it was delivered to all attorneys of record.

   /s/ Francisco J. Valenzuela
**FRANCISCO J. VALENZUELA**